IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY PERCIVAL,

    Plaintiff,                               CV F 05 1606 LJO WMW PC

vs.                                        ORDER RE: FINDINGS & RECOMMENDATIONS (#20)

R. HICKMAN, et al.,

    Defendants.

        Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On March 5, 2008, findings and recommendations were entered, recommending denial of Plaintiff's motion for injunctive relief. Plaintiff was provided an opportunity to file objections within fifteen days. Plaintiff has not filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1           Accordingly, THE COURT HEREBY ORDERS that:

2           1.  The Findings and Recommendations issued by the Magistrate Judge on March 4, 2008, are adopted in full; and

4           2.  Plaintiff's motion for preliminary injunctive relief is denied.

10  IT IS SO ORDERED.

11  **Dated:   March 24, 2008**                              /s/ Lawrence J. O'Neill
                                                             UNITED STATES DISTRICT JUDGE