IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY PERCIVAL,

        Plaintiff,        CV F 05 1606 LJO AWI WMW PC

   vs.        ORDER

R. HICKMAN, et al.,

        Defendants.

     On March 4, 2008, findings and recommendations were entered, recommending denial of Plaintiff's motion for injunctive relief filed on July 2, 2007.  On March 5, 2008, findings and recommendations were entered, recommending denial of the same motion for injunctive relief. On March 24, 2008, an order was entered, adopting the March 5, 2008, findings and recommendations.  The March 4, 2008, findings and recommendations are therefore moot.

     Accordingly, IT IS HEREBY ORDERED that the findings and recommendations entered on March 4, 2008, are vacated.

IT IS SO ORDERED.

**Dated:   April 9, 2008**              **/s/  William M. Wunderlich**
                                            UNITED STATES MAGISTRATE JUDGE